IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEANNETTE SPANGENBERG-DANA,<br><br>**Plaintiff,**<br><br>v.<br><br>**THE AUTOMOBILE INSURANCE COMPANY OF HARTFORD, CT d/b/a TRAVELERS,**<br><br>**Defendant.** | **CIVIL ACTION NO.  25-3333** |

## ORDER

**AND NOW,** this 27th day of February 2026, upon consideration of Defendant's Motion to Dismiss [Doc. No. 8] and the responses thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **DENIED**. Defendant is directed to file an answer no later than **March 27, 2026**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

CYNTHIA M. RUFE, J.